PROB 12C
(6/16)

Report Date: September 5, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 06, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Micah Athales Porter Bombadil Sheets | Case Number: 0980 2:19CR00054-WFN-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇ Spokane, Washington 99223 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: January 16, 2020 | |
| Original Offense: Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1) | |
| Original Sentence: Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alison Gergoire | Date Supervision Commenced: May 23, 2023 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: May 22, 2033 |

### PETITIONING THE COURT

To issue a summons.

On June 1, 2023, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Sheets as outlined in the judgment and sentence. Mr. Sheets signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

1       **Special Condition #9**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You shall not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone number. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

**Supporting Evidence**: On or about August 30 and 31, 2023, Micah Sheets allegedly violated the above-stated condition of supervision by accessing sexually explicit material.

On September 5, 2023, the undersigned officer communicated with Mr. Sheets. Mr. Sheets disclosed he located an old external media device of his. In viewing the contents, he discovered a file folder that contained hundreds of pornographic images. Mr. Sheets viewed the pornographic material over a period of 2 days before discarding them and advising the undersigned officer.

Prob12C
Re: Sheets, Micah Athales Porter Bombadil
September 5, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/05/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/6/2023
Date